UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO GALVEZ MONDRAGON (A-Number: 246-057-164),

        Petitioner,

    v.

WARDEN,

        Respondent,

Case No.  2:26-cv-1073-DC-JDP

ORDER

On March 24, 2026, the court denied petitioner's motion for a temporary restraining order, ECF No. 2, and referred the matter to me for all further proceedings.  ECF No. 5.

Still pending is petitioner's petition for writ of habeas corpus, ECF No. 1.  Therefore, I order the government to respond to the petition, and I set a briefing schedule.

Accordingly, it is hereby ORDERED that:

1.  Within seven days of the date of service of this order, respondent must file a response to the petition.

2.  A response may be one of the following:

    A.  An answer addressing the merits of the petition.  Any argument by respondent that petitioner has procedurally defaulted a claim must be raised in the answer, which

1

must also address the merits of petitioner's claims.

       B.    A motion to dismiss the petition.

3. Within seven days of the date of service of this order, respondent must file any documents necessary for resolving the issues presented in the petition.

4. If respondent files an answer to the petition, petitioner may file a traverse within seven days of the date of service of respondent's answer. If no traverse is filed within seven days, the petition and answer are deemed submitted.

5. If respondent moves to dismiss, petitioner must file an opposition or statement of non-opposition within seven days of the date of service of respondents' motion. Any reply to an opposition to the motion to dismiss must be filed within seven days after the opposition is served. The motion to dismiss will be considered submitted twenty-one days after the service of the motion or when the reply is filed, whichever comes first. *See* Local Rule 230(l).

IT IS SO ORDERED.

Dated:    April 7, 2026                       _____
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE